FILED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

JUL 3 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DWIGHT L. ALLEN, | : | PRISONER CIVIL RIGHTS |
|     Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| SHERIFF BILL SMITH, | : | CIVIL ACTION NO. |
| GRANT PORTER, Head Medical Dept., | : | 1:07-CV-1450-TWT |
| DOCTOR JOHN DOE, | : | |
|     Defendants. | | |

## ORDER and OPINION

Plaintiff, Dwight L. Allen, currently confined in the Camden County Jail in Woodbine, Georgia, has submitted the instant pro se 42 U.S.C. § 1983 civil rights action against Bill Smith, Camden County Sheriff; Grant Porter, Head of the Medical Department of Camden County Jail; and John Doe, Doctor at that facility. (Doc. No. 1 ¶ III.) Plaintiff complains that, as a pre-trial detainee, he was housed with convicted inmates in Camden County Jail and, as a result, his hand was injured in a fight. Plaintiff further complains that he has received inadequate treatment for that injury. (Id. ¶ IV.)

A federal-law action may be brought in a judicial district where any defendant resides, if all defendants reside in the same State, or in the judicial district in which

the claims arose. 28 U.S.C. § 1391(b); <u>New Alliance Party of Ala. v. Hand</u>, 933 F.2d 1568, 1570 (11th Cir. 1991) (applying § 1391(b)'s venue provisions to a § 1983 action). When venue is improper, the court may, in the interests of justice, transfer the case to a district court in which it could have been brought. 28 U.S.C. § 1406(a).

Defendants are associated with Camden County Jail and the matters of which Plaintiff complains occurred at that facility, which is located in the Southern District of Georgia. Accordingly, venue is improper in this district, and this Court finds it to be in the interests of justice to transfer this action to the United States District Court for the Southern District of Georgia.

**IT IS ORDERED** that this action is hereby **TRANSFERRED** to the **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA**, along with all orders, motions, affidavits, pleadings and exhibits (if any) filed herein for further proceedings under 28 U.S.C. § 1915A and 42 U.S.C. § 1983.

**IT IS SO ORDERED**, this  2  day of  July , 2007.

*/s/ Thomas W. Thrash*
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)